01-21-23

VIRGILLIO
 VIRGO
421-CHEW Street
ALLENTOWN, PA 18102


Vs.


Kimberly trout
JENNifER PENN
637-11TH AVE
BETHLEHEM, PA 18018


Complaints CASE

PuRpRis has been Exercuted by Letiles

INJections Vista DETENTIONS CENTERS
NARCotics: morphines Apply's, fAmerLies
Involwed.

PLEASE PROCEEDS I.F.P.
                                         POURPUSE

                    Virgillis Virgo
                  How much Filing's fee's
GOD BLESS AMERICA AMEN









VIRGILLIO
VIRGO
EXTENDED ACUTE CARE
421-CHEW STREET
ALLENTOWN, PA 18102
ST. LUKES

U.S. CLERKS OF COURT
601 - INDEPENDENCE MALL
Philadelphia, PA 19106

PER-SE
VISTA DETENTION
CENTER
J WRIGHT
R.I.P.

VIRGILLIO
VIRGO
Extended Acute
Care Unit
421 - Chew Street
Allentown, PA. 18102

CRIMENAL DIVISION
U.S. COURTHOUSE
CLERK Office
601 - INDEPENDENCE MAIL
Philadelphia, PA 19106

FEDERAL
NARCOTICS
ACTS
LEGAL MAIL

PER-SE
mail FRUAD

GOD BLESS YOU ALL



RECEIVED
JAN 31 2023

(630)

190  191  19106  N2-156
PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID
19612
PERMIT# 600
4166230124-205441181
ADDRESS SERVICE REQUESTED